# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOURCE ARCHITECHNOLOGY SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> 2:19-cv-376-NR |

## ORDER

**AND NOW**, this **24th day of July, 2020**, it is hereby **ORDERED** that the motion for summary judgment [ECF 27] filed by Defendant State Farm Fire and Casualty Company is **GRANTED**, and that the cross-motion for summary judgment [ECF 30] filed by Plaintiff Source Architechnology Systems, Inc. is **DENIED**.

**JUDGMENT** is entered in favor of Defendant on all causes of action.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case as **CLOSED**.

BY THE COURT:

*/s/ J. Nicholas Ranjan*
United States District Judge